```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Katy Stapleton,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:22-cv-09351 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with Plaintiff and David Holmes, an attorney from the New York City Law Department, it is hereby Ordered as follows:

1. No later than Thursday, February 9, 2023, Plaintiff shall serve the New York City Department of Education ("DOE") by emailing a copy of the summons and Complaint to ServiceECF@law.nyc.gov.

2. No later than Monday, March 6, 2023, counsel for DOE shall file a letter indicating whether the Law Department will be representing the individual defendants and, if not, shall provide the last known address for defendant Juan Villar, who the Court understands is no longer employed by DOE.

3. The deadline for Plaintiff to serve Defendants with the Summons and Complaint is extended until April 3, 2023. *See* Fed. R. Civ. P. 4(m).

4. To the extent any of the individual defendants already have been served, the deadline for those defendants to respond to the Complaint is adjourned *sine die*.

A copy of this Order will be emailed to Attorney Holmes by Chambers.

**SO ORDERED.**

DATED:	New York, New York
	February 2, 2023

_____
STEWART D. AARON
United States Magistrate Judge