```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Katy Stapleton,

                Plaintiff,

-against-

New York City Department of Education et al.,

                Defendants.

1:22-cv-09351 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Court's April 27, 2023 Order (ECF No. 26), Defendants were to file their anticipated motion to dismiss no later than May 26, 2023. As of the date of this Order, Defendants have not filed their anticipated motion. Defendants shall do so, or otherwise respond to the Complaint, no later than June 1, 2023. Plaintiff's time to file her opposition is likewise extended until June 28, 2023. Defendants shall file any reply no later than July 12, 2023.

**SO ORDERED.**

DATED:      New York, New York
                May 30, 2023

_____
STEWART D. AARON
United States Magistrate Judge