UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023

| | |
|---|---|
| Katy Stapleton, | |
| Plaintiff, | 1:22-cv-09351 (PAE) (SDA) |
| -against- | |
| New York City Department of Education et al., | **ORDER** |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Wednesday, June 7, 2023, Defendants shall serve hard copies of their motion papers (ECF No. 28) on Plaintiff at the address listed on the ECF docket and shall file proof of service on the ECF docket.

**SO ORDERED.**

DATED:   New York, New York
         June 2, 2023

_____
STEWART D. AARON
United States Magistrate Judge