```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/22/2023___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Katy Stapleton,** | |
| **Plaintiff,** | **1:22-cv-09351 (PAE) (SDA)** |
| **-against-** | **ORDER** |
| **New York City Department of Education et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Plaintiff shall file any amended pleading no later than October 6, 2023.

**SO ORDERED.**

Dated:        New York, New York
                  September 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge